Certificate Number: 12433-PAE-DE-035973324

Bankruptcy Case Number: 21-12280



12433-PAE-DE-035973324

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 7, 2021, at 6:30 o'clock PM EDT, Robert Jackson completed a course on personal financial management given by telephone by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 7, 2021             By:    /s/Lisa Susoev

                                      Name:  Lisa Susoev

                                      Title: Teacher