# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Robert Howard Jackson<br>　　　　　　　　　　**Debtor(s)** | **BK NO. 21-12280 AMC**<br><br>**Chapter 13** |
| **Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.**<br>　　　　　　　　　　**Movant**<br><br>vs.<br><br>**Robert Howard Jackson**<br>　　　　　　　　　　**Debtor(s)**<br><br>**William C. Miller Esq.**,<br>　　　　　　　　　　**Trustee** | |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 28, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Robert Howard Jackson
214 East Eleanor Street
Philadelphia, PA 19120

Attorney for Debtor(s)
Jeffrey M. Carbino, Jensen Bagnato, P.C.
1500 Walnut Street Suite 1510
Philadelphia, PA 19102

Trustee
William C. Miller Esq.
Office of the Chapter 13 Standing Trustee
P.O. Box 40837 (VIA ECF)
Philadelphia, PA 19107

Method of Service: electronic means or first class mail

Dated: September 28, 2021

　　　　　　　　　　　　　　　　　　　**/s/Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　215-825-6327
　　　　　　　　　　　　　　　　　　　rsolarz@kmllawgroup.com