# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                                          Chapter 13

ROBERT HOWARD JACKSON                        Bankruptcy No. 21-12280-AMC

214 E. ELEANOR STREET

PHILADELPHIA, PA 19120

      Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
ROBERT HOWARD JACKSON

214 E. ELEANOR STREET

PHILADELPHIA, PA 19120

**Counsel for debtor(s), by electronic notice only.**
JEFFREY M. CARBINO
JENSEN BANGNATO, P.C.
1500 WALNUT STREET, SUITE 1510
PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Date: 12/14/2021                                                                                                         /s/ Kenneth E. West

                                                                                      _____
                                                                                      Kenneth E. West, Esquire
                                                                                      Chapter 13 Standing Trustee