IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Robert Howard Jackson | : | No. 21-12280 |
| | : | |
| Debtors | : | |
| | : | |

## CERTIFICATE OF NO OBJECTION

    I, Erik Jensen, Esquire, Attorney for the above-named Debtor, do hereby certify that no objection to the Application for Compensation of Counsel Fees has been filed.

    WHEREFORE, the Application is uncontested and the undersigned requests this Honorable Court to enter the proposed Order submitted with the Application.

Date:6/17/22

/s/ Erik Jensen_____
Erik Jensen, Esquire
*Attorney for Debtor*