# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 21-12280-AMC

ROBERT HOWARD JACKSON

214 E. ELEANOR STREET

PHILADELPHIA, PA 19120

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ROBERT HOWARD JACKSON

214 E. ELEANOR STREET

PHILADELPHIA, PA 19120

Counsel for debtor(s), by electronic notice only.

    JENSEN BAGNATO, P.C.
    1500 WALNUT STREET
    SUITE 1510
    PHILADELPHIA, PA 19102-

Date: 8/23/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee