United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12280-amc |
| Robert Howard Jackson | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 13, 2024 | Form ID: pdf900 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Robert Howard Jackson, 214 E. Eleanor Street, Philadelphia, PA 19120-3908 |
| 14637330 | + | Citadel Credit Union, ATTN: Collections, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14631648 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 14 2024 00:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 14 2024 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14630512 | + | Email/Text: BankruptcyNotices@aafes.com | Feb 14 2024 00:23:00 | AAFES, Attn: Bankruptcy, Po Box 650060, Dallas, TX 75265-0060 |
| 14630513 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 14 2024 00:22:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14630514 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Feb 14 2024 00:23:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14630515 | + | Email/PDF: bncnotices@becket-lee.com | Feb 14 2024 00:36:19 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14630516 | + | Email/PDF: bncnotices@becket-lee.com | Feb 14 2024 00:36:25 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14639402 | + | Email/Text: BankruptcyNotices@aafes.com | Feb 14 2024 00:23:00 | Army & Air Force Exchange Services, Attention: GC-G, 3911 S. Walton Walker Blvd, Dallas, TX 75236-1509 |
| 14630517 | + | Email/Text: bnc-aquafinance@quantum3group.com | Feb 14 2024 00:23:00 | Bay Finance, Attn: Bankruptcy, Po Box 844, Wausau, WI 54402-0844 |
| 14630518 | + | Email/Text: bankruptcy@brinkshome.com | Feb 14 2024 00:23:00 | Brinks Home Security, Attn: Bankruptcy, Po Box 814530, Dallas, TX 75381-4530 |
| 14645179 | | Email/Text: megan.harper@phila.gov | Feb 14 2024 00:23:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14630519 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 14 2024 00:36:18 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14633949 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 14 2024 00:36:18 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14630520 | + | Email/Text: bankruptcycollections@citadelbanking.com | Feb 14 2024 00:23:00 | Citadel FCU, Attn: Bankruptcy, 520 Eagleview |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Blvd, Exton, PA 19341-1119 |
| 14636992 | | Email/Text: bnc-quantum@quantum3group.com | Feb 14 2024 00:23:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14632122 | | Email/Text: mrdiscen@discover.com | Feb 14 2024 00:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14630522 | + | Email/Text: mrdiscen@discover.com | Feb 14 2024 00:22:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14630523 | + | Email/Text: ELDABBASM@FREEDOMCU.ORG | Feb 14 2024 00:23:00 | Freedom Credit Union, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14630526 | + | Email/Text: EBNBKNOT@ford.com | Feb 14 2024 00:23:00 | Lincoln Automotive Fin, Attn: Bankrutcy, Po Box 54200, Omaha, NE 68154-8000 |
| 14631952 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 14 2024 00:23:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14630528 | + | Email/PDF: cbp@omf.com | Feb 14 2024 00:36:14 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14630529 | + | Email/Text: BKEBN-Notifications@ocwen.com | Feb 14 2024 00:22:00 | PHH Mortgage Services, Attn: Research/Bankruptcy, 1661 Worthington Rd Ste 100, West Palm Beach, FL 33409-6493 |
| 14630530 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 14 2024 00:23:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14645558 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 14 2024 00:23:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14630531 | + | Email/Text: DeftBkr@santander.us | Feb 14 2024 00:23:00 | Santander Bank, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3563 |
| 14642289 | + | Email/Text: DeftBkr@santander.us | Feb 14 2024 00:23:00 | Santander Bank, N.A., 450 Penn Street MC: PA-450-FB1, Reading, PA 19602-1011 |
| 14630532 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 14 2024 00:36:23 | Syncb/walmar, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14639828 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 14 2024 00:23:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis, MO 63166-0108 |
| 14630533 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 14 2024 00:23:00 | US Bank, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402 |
| 14630534 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Feb 14 2024 00:22:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14630536 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 14 2024 00:36:24 | Wells Fargo Bank NA, Attn: Wells Fargo Bankruptcy, 435 Ford Road, Suite 300, Saint Lewis Park, MN 55426-4938 |
| 14630535 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 14 2024 00:36:24 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |
| 14634467 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 14 2024 00:36:13 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID        Bypass Reason   Name and Address**

Case 21-12280-amc    Doc 48    Filed 02/15/24    Entered 02/16/24 00:36:01    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Feb 13, 2024 | Form ID: pdf900 | Total Noticed: 36 |

| 14630521 | *+ | Citadel FCU, Attn: Bankruptcy, 520 Eagleview Blvd, Exton, PA 19341-1119 |
| 14630524 | *+ | Freedom Credit Union, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14630525 | *+ | Freedom Credit Union, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 14630527 | *+ | Lincoln Automotive Fin, Attn: Bankrutcy, Po Box 54200, Omaha, NE 68154-8000 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| ERIK B. JENSEN | on behalf of Debtor Robert Howard Jackson erik@jensenbagnatolaw.com jordan@jensenbagnatolaw.com;jennifer@jensenbagnatolaw.com;mjmecf@gmail.com;jensener79956@notify.bestcase.com |
| JEFFREY M. CARBINO | on behalf of Debtor Robert Howard Jackson jcarbino@leechtishman.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Chapter 13 |
|---|---|
| ROBERT HOWARD JACKSON | Bankruptcy No. 21-12280-AMC |
| Debtor | |

### ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: February 13, 2024**

_____
Honorable Ashely M. Chan
Bankruptcy Judge